UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ann Marie Bowen,

      Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

      Defendant.

Civ. No. 13-2559 (PJS/JJK)

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 20, 2014.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Motion for Summary Judgment (Doc. No. 13), is **GRANTED** for remand pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation;

    2.    Defendant's Motion for Summary Judgment (Doc. No. 17), is **DENIED**; and

    3.    This case is **DISMISSED WITH PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 11/4/14

                                  s/Patrick J. Schiltz
                                  PATRICK J. SCHILTZ
                                  United States District Court Judge